Fremont D. Graue, plaintiff in error, v. Frank Z. Hanscom and Mary C. Hanscom, defendants in error. Gen. No. 8,316.

Opinion filed August 29, 1931.
Rathje & Connor, for plaintiff in error; Emmet J. Cleary, of counsel.
Ray E. Lane, for defendants in error.
Mr. Presiding Justice Jones delivered the opinion of the court.

Alice Marion Mitchell, appellee, v. Margaret I. Spangler, appellant. Gen. No. 8,320.

Opinion filed August 29, 1931.
Donovan, Bray & Gray, for appellant. No appearance for appellee.
Mr. Presiding Justice Jones delivered the opinion of the court.

Harry A. Howard, Sr., administrator of the estate of Harry A. Howard, Jr., deceased, appellant, v. Northern Illinois Supply Company, appellee. Gen. No. 8,325.

Opinion filed August 29, 1931.
Frank E. Maynard, for appellant. Knight, Swenson & Penny, for appellee.
Mr. Presiding Justice Jones delivered the opinion of the court.

C. E. Kellogg, appellee, v. Albert R. Metzelburg, appellant. Gen. No. 8,331.

Opinion filed August 29, 1931.
Samuel W. King, for appellant. Frank G. Brumund and Charles M. Robson, for appellee.
Mr. Presiding Justice Jones delivered the opinion of the court.